**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03342-MSK-NRN

**JANE DOE, and JOHN DOE 1 and JOHN DOE 2**

**Plaintiffs,**

v.

**THE ALEXANDER DAWSON SCHOOL, L.L.C.**

**Defendant.**

---

## NOTICE OF SETTLEMENT
---

PLEASE TAKE NOTICE that JANE DOE, and JOHN DOE 1 and JOHN DOE 2 ("Plaintiffs"), hereby notify the Court that the Plaintiffs and Defendant have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted, January 3, 2019

**LASZLOLAW**

*s/ Michael J. Laszlo*
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd., Suite 210
Boulder, CO 80302
Telephone: (303) 926-0410
tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this 3rd day of January, 2019, by electronic delivery on Defendant's counsel via email.

/s/ Michael J. Laszlo
Michael J. Laszlo