**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-03342-MSK-NRN

**JANE DOE, and JOHN DOE 1 and JOHN DOE 2**

**Plaintiffs,**

**v.**

**THE ALEXANDER DAWSON SCHOOL, L.L.C.**

**Defendant.**

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendant.

Respectfully submitted, January 12, 2019

**LASZLOLAW**

*s/ Michael J. Laszlo*
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd., Suite 210
Boulder, CO 80302
Telephone: (303) 926-0410
tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this 12th day of January, 2019, by electronic delivery on Defendant's counsel via email.

/s/ Michael J. Laszlo
Michael J. Laszlo